IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD/OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska corporation, and WOODMEN FINANCIAL SERVICES, INC., a Nebraska corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV423 |
| v. | ) ) | |
| TED W. RUDOLPH, BARTON D. RUDOLPH and DARRIN B. RUDOLPH, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' notice of arbitration awards (Filing No. 17). Pursuant to the Federal Arbitration Act, 9 U.S.C. § 9,

IT IS ORDERED:

1) The Clerk of Court shall close this file for statistical purposes.

2) The Court retains jurisdiction over this action for one year after the arbitration award.

DATED this 12th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court