IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD/OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska corporation, and WOODMEN FINANCIAL SERVICES, INC., a Nebraska corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV423 |
| v. | ) ) | |
| TED W. RUDOLPH, BARTON D. RUDOLPH and DARRIN B. RUDOLPH, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

This matter is before the Court on plaintiffs' motion for expedited ruling and hearing on motion to confirm arbitration awards (Filing No. 22). The Court finds an expedited hearing should be held. Accordingly,

IT IS ORDERED that a hearing on the motion to confirm arbitration award is scheduled for:

**Wednesday, May 2, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court