IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD/OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska corporation, and WOODMEN FINANCIAL SERVICES, INC., a Nebraska corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV423 |
| v. | ) ) ) | |
| TED W. RUDOLPH, BARTON D. RUDOLPH and DARRIN B. RUDOLPH, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that a hearing on plaintiffs' temporary restraining order (Filing No. 24) is scheduled for hearing on:

**Wednesday, April 25, 2007, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court