IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD/ OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska Corporation and WOODMEN FINANCIAL SERVICES, INC.<br><br>Plaintiffs<br><br>v.<br><br>TED W. RUDOLPH, BARTON D. RUDOLPH, and DARRIN B. RUDOLPH,<br><br>Defendants | Case No. 8:06CV423<br><br><br><br><br>ORDER |

This matter is before the Court on the Parties' "Joint Motion for Stipulated Order" (Filing No. 30). Pursuant thereto,

IT IS ORDERED that the Joint Motion be GRANTED; and IT IS FURTHER ORDERED that:

1. Except as herein provided, the Parties, Plaintiffs WOODMEN OF THE WORLD / OMAHA WOODMEN LIFE INSURANCE SOCIETY and WOODMEN FINANCIAL SERVICES, INC. and Defendants TED. W. RUDOLPH, BARTON D. RUDOLPH, DARRIN B. RUDOLPH and RUDOLPH BROTHERS FINANCIAL GROUP. INC., shall not file any motions or responses, or do anything else to prosecute or cause to be prosecuted, any lawsuits involving issues related to the arbitration awards issued by the American Arbitration Association ("AAA") that occurred between Plaintiff WOODMEN OF THE WORLD / OMAHA WOODMEN LIFE INSURANCE SOCIETY and the Defendants; and/or the National Association of Securities Dealers ("NASD") that occurred between Plaintiff WOODMEN FINANCIAL SERVICES, INC. and the Defendants, including the lawsuit captioned *Rudolph Bros. Financial Group, Inc. v. Woodmen of the World/Omaha Woodmen of the World / Omaha Woodmen Life Insurance Society, et al.*, Case No. 06-CI-082, Ballard (Kentucky) Circuit Court (June 2, 2006), until after the Parties are heard in this Court on May 2, 2007, and the Court has decided the issues presented at such hearing;

2.      Defendants shall have up to and including Monday, April 30, 2007 at 5:00 p.m. Central Time, within which to file and serve, by ECF, their "Opposition to Plaintiffs' Motion to Confirm Arbitration Awards, Enter Judgment and For Permanent Injunctive Relief"; and

3.      Defendants, in stipulating to this Order, shall not be deemed to have waived any defenses or objections as to jurisdiction or venue of this Court, or any other defenses or positions, as they may raise in their "Opposition to Plaintiffs' Motion to Confirm Arbitration Awards, Enter Judgment and For Permanent Injunctive Relief."

DATED this 25th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court

AGREED:

WOODMEN OF THE WORLD / OMAHA
WOODMEN LIFE INSURANCE SOCIETY, a
Nebraska corporation, and WOODMEN FINANCIAL
SERVICES, INC., Plaintiffs

By:     s/ Kenneth W. Hartman
        Kirk S. Blecha (#14703)
        Kenneth W. Hartman (#21954)
of      BAIRD HOLM LLP
        1500 Woodmen Tower
        Omaha, Nebraska  68102-2068
        (402) 344-0500
        Attorneys for Plaintiffs

TED. W. RUDOLPH, BARTON D.
RUDOLPH, and DARRIN B. RUDOLPH,
Defendants

By:     s/ Harvey B. Cooper
        Harvey B. Cooper (#15035)
of      ABRAHAMS KASLOW & CASSMAN LLP
        8712 West Dodge Road, Suite 300
        Omaha, Nebraska  68114
        (402) 392-1250
        Attorneys for Defendants